UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE MANUEL JARDON
FEBLES,

        Petitioner,

    v.                          Case No.:  2:26-cv-01615-SPC-NPM

WARDEN, GLADES COUNTY
DETENTION CENTER,

        Respondent,

                               /

## OPINION AND ORDER

Before the Court are Jose Manuel Jardon Febles's Motion to Enforce Judgment and Order Immediate Release (Doc. 14) and the federal government's response (Doc. 16).

Jardon Febles is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On May 29, 2026, an immigration judge denied Jardon Febles's request for release on bond. Jardon Febles argues the bond hearing did not comply with the Court's order. The Court disagrees. The immigration judge considered evidence submitted by both sides and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006). Jardon Febles also argues the immigration judge did not properly balance the *Guerra* factors, but this is not the venue to raise that argument. The proper

way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Jardon Febles's motion (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on June 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2